**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01166-CV

**GREGORY SCOTT CUNNINGHAM, Appellant**

**V.**

**BOBBY ANGLIN, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02454-B**

## ORDER

We **DENY** appellant's January 8, 2014 motion requesting that the Court take judicial notice of three documents filed in appellate cause number 05-12-00039-CV.

/s/  ADA BROWN
    JUSTICE